**Order entered March 10, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00073-CV

## ESTATE OF DAVID ANTHONY TOARMINA, DECEASED

**On Appeal from the Probate Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. PR-13-2655-2**

## ORDER

We **GRANT** court reporter Joie Rivera's March 6, 2015 request for extension of time to file record and **ORDER** the reporter's record be filed no later than April 6, 2015.

/s/    CRAIG STODDART
       JUSTICE